**FILED**



*10:13 am, 2/10/16*

**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

SCOTT MICHAEL LEWIS
DEFENDANT

Case No. 16-CR-19-J   Date 2/10/16
Time 9:35 - 9:57
☑ Indictment       ☐ Information
☐ Complaint        ☐ Other

Offense: Conspiracy to Operate an Unregistered Aircraft; Aiding & Abetting

Before the Honorable, Kelly H. Rankin

Recorded FTR Touch CR#3   ☐ Disk NO.

| Zachary Fisher | Julie Thomas | Phillip Caldwell | Thomas Szott | Justin Stephenson |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Probation Officer | Asst. U.S. Attorney | Marshal |

INTERPRETER  N/A

Appeared   ☐ Voluntarily
           ☑ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing  Joe Bustos
☐ FPD    ☐ PANEL-CJA    ☑ RETAINED
☐ Attorney waived

1. Initial appearance   Date 2/10/16    (Comments) _____

   **BOND IS**  ☐ Defendant is detained
   ☑ Set at $ 10,000.00   ☐ Cash or Surety   ☑ Unsecured
   ☐ Continued on the same terms and conditions
   ☐ Detention and/or Preliminary hearing set for _____

☑ Obey all laws, Federal, State and Local
☑ Seek/Maintain employment
☐ 3rd party custody of _____
☑ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☑ Not use alcohol to excess
☑ Submit to drug/alcohol testing
☐ Do not obtain passport
☑ Surrender passport to USDC by 2/12/16

☑ Maintain current residence
☑ Report to Pretrial Services as directed
☑ Travel restricted to Colorado
☐ Abide by the following curfew
☑ Not use or possess controlled substances/drugs
☑ Avoid all contact with witnesses/co-defendants
☐ Post property or sum of money
☐ Undergo medical/psychiatric treatment/exam

☑ Other
No operate an unregistered aircraft during the pendency of this case. If flying, he must provide the USPO with his flight plan.

### MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

☑ Bail review/detention hearing     Date 2/10/16
☐ Defendant detained -    Reasons
Released on $10,000.00 Unsecured Bond

☐ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing set for _____    ☐ Preliminary hearing waived
☐ Removal hearing waived    ☐ Removal hearing held    Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
     ☐ Bond to transfer    Defendant to report on or before _____
     ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____
☐ Other

2.    Preliminary hearing      Date _____
     Witnesses

     Outcome
         ☐ Bound over to U.S. District Court    ☐ Dismissed
     ☐ Other

## Arraignment

☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☑ Not guilty to count(s) 1, 2    of an Indictment
☐ Guilty to count(s) _____ of an _____

     Not Guilty Plea                        Guilty Plea
☑ Court orders discovery per rule 16 FRCrP    ☐ Court is satisfied there is factual basis for a plea of guilty
☑ Court orders access to Grand Jury Transcripts    ☐ Defendant referred to probation for presentence investigation
☑ Motions to be filed in 20 days or    ☐ Defendant advised on consequence of a plea of guilty
   On / Before _____    ☐ Plea agreement filed
☑ Trial date set for 4/18/16 at 1:30 p.m.    ☐ Sentencing set for _____ at _____
   In Cheyenne, WY (CR#2) before Judge Johnson    In _____
☑ Speedy trial expires on 4/20/16    ☐ Plea conditionally accepted

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court