**FILED**



*4:54 pm, 2/12/16*

**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

GILBERT WAYNE WILES, Jr.
_____
DEFENDANT

Case No. 16-CR-19-J    Date 2/12/16

Time 9:10 - 9:28

☑ Indictment    ☐ Information
☐ Complaint    ☐ Other

Offense   Conspiracy to Operate an Unregistered
Aircraft; Aiding and Abetting

Before the Honorable,   Kelly H. Rankin

Recorded   FTR Touch CR#3  ☐ Disk NO. _____

| Zachary Fisher | N/A | Phil Caldwell | Thomas A. Szott | Ross Mueske |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Probation Officer | Asst. U.S. Attorney | Marshal |

INTERPRETER   N/A

Appeared   ☑ Voluntarily
☐ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing   Dion Custis

☐ FPD    ☐ PANEL-CJA    ☑ RETAINED

☐ Attorney waived

1.   Initial appearance   Date 2/12/16    (Comments) _____

**BOND IS**    ☐ Defendant is detained
☑ Set at $ 10,000.00    ☐ Cash or Surety  ☑ Unsecured
☐ Continued on the same terms and conditions
☐ Detention and/or Preliminary hearing set for _____

☑ Obey all laws, Federal, State and Local
☑ Seek/Maintain employment
☐ 3rd party custody of _____
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☑ Not use alcohol to excess
☑ Submit to drug/alcohol testing
☑ Do not obtain passport
☐ Surrender passport to _____

☑ Maintain current residence
☑ Report to Pretrial Services as directed
☑ Travel restricted to Dist. of CO. Dist. of WY for Court & meetings w/ attorney
☐ Abide by the following curfew
☑ Not use or possess controlled substances/drugs
☑ Avoid all contact with   co-defendant, potential witnesses
☐ Post property or sum of money
☐ Undergo medical/psychiatric treatment/exam

☑ Other

Contact District of Colorado USPO no later than 5:00 p.m. MST on February 12, 2016.

## MAGISTRATE CRIMINAL PROCEEDING SHEET
### Disposition by District Court

☑ Bail review/detention hearing      Date 2/12/16
☐ Defendant detained -     Reasons

    Released on $10,000.00 Unsecured Bond with special conditions

☐ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing set for _____     ☐ Preliminary hearing waived
☐ Removal hearing waived     ☐ Removal hearing held     Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
         ☐ Bond to transfer     Defendant to report on or before _____
         ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____
☐ Other

2.     Preliminary hearing             Date _____
         Witnesses

         Outcome
            ☐ Bound over to U.S. District Court     ☐ Dismissed

☐ Other

# Arraignment

☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☑ Not guilty to count(s) 1, 2          of an Indictment
☐ Guilty to count(s) _____ of an _____

| Not Guilty Plea | Guilty Plea |
|---|---|
| ☑ Court orders discovery per rule 16 FRCrP | ☐ Court is satisfied there is factual basis for a plea of guilty |
| ☑ Court orders access to Grand Jury Transcripts | ☐ Defendant referred to probation for presentence investigation |
| ☑ Motions to be filed in 20 days or | ☐ Defendant advised on consequence of a plea of guilty |
| On / Before _____ | ☐ Plea agreement filed |
| ☑ Trial date set for 4/18/16 at 1:30 p.m. | ☐ Sentencing set for _____ at _____ |
| In Cheyenne, Wyoming (Courtroom No. 2) before Judge Johnson | In _____ |
| ☑ Speedy trial expires on 4/22/16 | ☐ Plea conditionally accepted |

# MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court