Dion J. Custis
Dion J. Custis Law Office, P.C.
400 East 20th Street
Cheyenne, WY  82001
(307) 638-2442
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No.   16CR19 |
| ) | |
| GILBERT W. WILES, JR., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO EXTEND TIME TO FILE MOTIONS

COMES NOW, the Defendant, Gilbert Wiles, Jr., by and through his attorney, Dion J. Custis and for his *Motion to Extend Time to File Motions* hereby states and alleges as follows:

1. That the deadline to file motion in this case is March 3, 2016.

2. That Counsel for Defendant just received discovery February 19, 2016 and need more time to review all materials.

3. That Counsel for Defendant is requesting an additional 20 days in order to review discovery documents and file motions.

WHEREFORE, Defendant respectfully requests the motion deadline be extended until the 23rd day of March, 2016.

DATED this __29_ day of February, 2016.

s/ Dion J Custis_____
Dion J. Custis 6-2674
Attorney at Law
400 East 20th Street
Cheyenne, WY 82001
(307) 638-2442
Fax: (307) 638-2443

**CERTIFICATE OF SERVICE**

This Motion was served on all parties electronically

s/ Dion J. Custis_____
Dion J. Custis