THOMAS SZOTT
Assistant United States Attorney
Wyoming Bar Number 7-5139
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
Thomas.Szott@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **Criminal No. 16-CR-19-J** |
| v. | |
| **SCOTT MICHAEL LEWIS** and **GILBERT WAYNE WILES, JR.,** | |
| Defendants. | |

**Government's Response to Defense Motions to Extend Motions Deadlines**

In a two-count indictment filed on January 14, 2016, the grand jury charged the defendants with conspiracy to operate an unregistered aircraft (Count One) and operating an unregistered aircraft and aiding and abetting (Count Two). (ECF No. 1). Defendant Lewis had his initial appearance and arraignment on February 10, 2016. (ECF No. 9). Defendant Wiles had his initial appearance and arraignment two days later, on February 12. (ECF No. 18). The Honorable Kelly H. Rankin entered discovery orders for both Defendants, requiring each Defendant to file pretrial motions by the deadline established at arraignment. (ECF Nos. 11, 20). The minute sheet from each Defendant's arraignment reflects a twenty-day motions deadline but does not specify whether the twenty-day period ran from the date of arraignment or the date the Defendant received discovery. (*See* ECF Nos. 9, 18). Judge Rankin's usual practice is to impose

a twenty-day motions deadline from the date a defendant receives discovery, but the United States has not reviewed transcripts of the Defendants' arraignments to determine exactly what Judge Rankin ordered in this case.

Regardless, each Defendant has moved to extend his motions deadline by twenty days. (ECF Nos. 26, 27). Lewis asserts his current motions deadline was March 1, 2016, and he is seeking to extend the deadline until March 21, 2016. (ECF No. 27). Wiles asserts his motions deadline is March 3, 2016, and he is seeking to extend the deadline until March 23, 2016. (ECF No. 26). Trial is currently set for April 18, 2016. (ECF Nos. 12, 19).

The United States does not object to the requested extensions.

DATED this 2nd day of March, 2016.

                                          Respectfully submitted,

                                          CHRISTOPHER A. CROFTS
                                          United States Attorney


By:      */s/ Thomas Szott*
      THOMAS SZOTT
      Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2016, the foregoing was electronically filed and consequently served on defense counsel.

                                              */s/ Thomas Szott*
                                        For the United States Attorney's Office