# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 16CR19 |
| SCOTT M. LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S 2ND MOTION FOR EXTENSION ON DEADLINE TO FILE MOTIONS

COMES NOW the Defendant, by and through his attorney, Joe Bustos, now moves the Court to extend the deadline for filing motions. In support of said motion, Defendant further states:

Defendant had previously filed a motion to extend the deadline for filing motions. The first motion was granted and the Court set a new deadline of March 21st, 2016.

Defendant, today (March 21st, 2016) filed a *Pro Hac Vice* Motion to try to have a new attorney Efe Anselm admitted to assist in representing the Defendant.

Defendant request he be given until March 25th, 2016 to file motion to allow Attorney Anselm to also consider and file motions.

Thomas Szott, Prosecutor, has no objection to this motion (see attached email).

DATED this 21st day of March, 2016.

/s/ Joe D. Bustos
Joe D. Bustos 6-3581
Attorney at Law
400 East 20th Street
Cheyenne, WY 82001
(307) 638-4633, FAX: (307) 638-2443

## CERTIFICATE OF SERVICE

The was served on all parties electronically.

/s/ Joe D. Bustos
Joe D. Bustos