# NON-PUBLIC EXHIBIT AND WITNESS LIST

| USA | | v. | Scott Lewis and Gilbert Wiles | | 16CR19-J | |
|---|---|---|---|---|---|---|
| PLAINTIFF(S) | | | DEFENDANT(S) | | DOCKET NUMBER | |
| Thomas Szott | | | Dion Custis, Jose Bustos, Anselm Efe | | 04/08/16 | |
| PLAINTIFF'S ATTORNEY(S) | | | DEFENDANT'S ATTORNEY(S) | | Suppression Hearing DATE(S) | |
| Alan B. Johnson | | | | COURT REPORTER | | COURTROOM DEPUTY |
| | PRESIDING JUDGE | | | | | |

| EXHIBIT# | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | WITNESS / DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | 04/08/2016 | X | X | | Search and Seizure Warrant Plane |
| 2 | 04/08/2016 | X | X | | Search and Seizure Warrant hotel room |
| 3 | 04/08/2016 | X | X | | certification of drug dog |
| 4 | 04/08/2016 | X | X | | manual |

WY 04

Rev. 12/12/2014