Dion J. Custis
Dion J. Custis Law Office, P.C.
400 East 20th Street
Cheyenne, WY  82001
(307) 638-2442
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No.  16CR19 |
| | ) | |
| GILBERT W. WILES, | ) | |
| | ) | |
| Defendant. | ) | |

## OBJECTION TO GOVERNMENT'S MOTION TO CONTINUE TRIAL

COMES NOW, Defendant, by and through his attorney, Dion J. Custis, and for his Objection to Government's *Motion for Continuance* states and alleges as follows:

1.    That the defendant objects to continuance of trial filed by the government on April 11, 2016 [doc 54].

2.    That the Defendant and his counsel are ready to proceed to trial set for April 18, 2016 at 1:30 p.m.

3.    That there has been no valid reason proposed to continue trial and continuing trial at such a late date would cause several court schedule conflicts.

4.    That Defendant requests the Court deny the motion to continue trial.

**DATED** this 12 day of April, 2016.

.

s/Dion J. Custis_____
Dion J. Custis
Attorney for Defendant

400 East 20th Street
Cheyenne, WY 82001
(307) 638-2442

## CERTIFICATE OF SERVICE

This Motion was served on all parties electronically.


s/Dion J. Custis_____
Dion J. Custis