## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | No. 16CR19 |
| | ) | |
| GILBERT WILES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT GILBERT WILES MOTION TO MOVE THE COURT TO COMPEL THE GOVERNMENT TO PRODUCE WITNESS AND EXHIBIT LISTS

COMES NOW, the above named Defendant, Gilbert Wiles, by and through counsel, Dion J. Custis, and respectfully moves this Court to compel the government to produce witness and exhibit lists.

1. That in the interest of justice, the Defendant request this Court to require the Government to produce a written list of all witnesses it expects to call.

2. That in the interest of justice, the Defendant requests this Court to require the Government to produce a written list of all exhibits it expects to introduce into evidence.

3. That the Defendant requests this be provided by April 14, 2016 since Trial is set for April 18, 2016.

WHEREFORE Mr. Wiles requests the Court to order the Government to produce witness and exhibit lists.

DATED this _13 day of April, 2016.

                                          s/Dion J. Custis_____
                                          Dion J. Custis
                                          400 East 20th Street
                                          Cheyenne, WY  82001
                                          (307) 638-2442

## **CERTIFICATE OF SERVICE**

This Motion   was served on all parties electronically.

                                          s/Dion J. Custis_____
                                          Dion J. Custis