THOMAS SZOTT
Assistant United States Attorney
Wyoming Bar Number 7-5139
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
Thomas.Szott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | Criminal No. 16-CR-19-J |
| v. | |
| **GILBERT WAYNE WILES, JR.,** | |
| Defendants. | |

### Government's Response to Defendant's Motion to Compel Witness and Exhibit Lists

In the Defendant's Motion to Move the Court to Compel the Government to Produce Witness and Exhibit List, filed herein on April 13, 2016, Doc. 69, the Defendant requests that the Government produce its witness list and exhibit list to the Defendant by April 14, 2016. Local Rule 23.1 requires the parties, "[t]o the extent reasonably possible," to submit written exhibit and witness lists to the court at the commencement of the trial. WY R USDCT Crim. Rule 23.1. At the beginning of trial, the United States will comply with Rule 23.1 by providing written lists to the court. At the same time, the United States will provide these lists to the Defendant, as is the usual practice of the Government.

Therefore, the Government requests this Court deny the Defendant's motion to compel as compliance by the Government will be made at the beginning of trial.

DATED this 13th day of April, 2016.

Respectfully submitted,

CHRISTOPHER A. CROFTS
United States Attorney

By:     */s/ Thomas Szott*
THOMAS SZOTT
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, the foregoing was electronically filed and consequently served on defense counsel.

                                                 */s/ Thomas Szott*
                                          For the United States Attorney's Office