# CRIMINAL MINUTE SHEET

☐ Arraignment / Change of Plea ☑

Date 04/15/16

Time 4:24 p.m. - 5:07 p.m.

Case No. 16-CR-19-2J
Interpreter none
Int. Phone

## USA vs. GILBERT WAYNE WILES, JR.

| Alan B. Johnson | Abby Logan | Julie Thomas | John Olive | Jon Goodman |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

APPEARANCES   Government   Thomas Szott, Stu Healy

Defendant   Dion Custis
☐ CJA   ☐ FPD   ☑ RET   ☐ WAIVED

☐ Defendant waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not Guilty to Count(s) _____ of an Indictment.
☑ Guilty to Count(s) 2 of an Indictment.
☐ Nolo Contendre

**NOT GUILTY PLEA**
☐ Court accepts Nolo Contendre Plea
☐ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in ____ days or on/before
☐ Trial date set for ____ at ____
   In ____
☐ Speedy trial expires on ____
☐ Other

**GUILTY PLEA**
☑ Court is satisfied there is factual basis for plea of guilty
☑ Defendant referred to probation for presentence investigation
☑ Defendant advised on consequences of a plea of guilty
☑ Plea Agreement filed
☐ Sentencing set for 6/24/16 at 9:30 a.m.
   In Cheyenne (Crtrm #2)
☐ Plea conditionally accepted
☑ Count(s) 1 to be dismissed at time of sentencing

**BOND IS**
☐ Defendant is detained
☐ Set at $ ____   ☐ Cash or Surety   ☐ Unsecured
☑ Continued on the same terms and conditions
☐ Continued on bond with the additional conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of ____
☐ Report to Pretrial Services as directed
☐ Maintain current residence
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Submit to drug/alcohol testing
☐ Surrender passport to ____
☐ Obey all laws. Federal, State and Local
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other

☐ Seek/Maintain employment
☐ Travel restricted to ____
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with ____
☐ Post property or sum of money ____
☐ Do not obtain passport