# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

5:05 pm, 4/15/16

**Stephan Harris
Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 16-CR-19-2J |
| GILBERT WAYNE WILES, JR. | Interpreter Needed: No |
| Defendant. | Setting or Resetting: Setting |

Type of Case:

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Courtroom 2 | Alan B. Johnson, United States District Judge |
| | Date and Time: |
| | June 24, 2016 at 9:30 a.m. |

Type of Proceeding:

## SENTENCING

Stephan Harris
Clerk of Court

Dated this 15th day of April, 2016.

Deputy Clerk

TO:
U.S. Attorney                    Defense Counsel - Dion Custis
U.S. Marshal                     Defendant through Counsel
U.S. Probation Office            Court Reporter

WY35                             Rev. 3/17/2016