# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | Case Number: 16-CR-19-J-1 |
|---|---|
| vs | |
| Scott Michael Lewis | Defendant's Attorney(s): Jose Bustos/ Anselm Efe |

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to count 2.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 49 U.S.C. 46306(b)(6)(A) and 18 U.S.C. 2 | Operating an Unregistered Aircraft and Aiding and Abetting | 02/27/2014 | 2 |

The defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 1 is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **16104-091**

June 22, 2016
Date of Imposition of Sentence

Alan B. Johnson
United States District Judge

Date 6/23/16

WY 14                                                                                                            Rev. 06/20/2016

## PROBATION

The defendant is hereby placed on supervised probation for a term of 36 months with no early termination.

While on probation, the defendant shall not commit another Federal, state, or local crime.

While on probation, the defendant shall not illegally possess a controlled substance. Revocation of probation is mandatory for possession of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the U.S. Probation Officer.

Pursuant to Public Law 108-405, Revised DNA Collection Requirements Under the Justice for All Act of 2004, the defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons, or at the direction of the U.S. Probation Office.

While on probation, the defendant shall not use or possess a firearm, ammunition, dangerous weapons or destructive device. Probation shall be revoked for possession of a firearm.

The defendant shall make special assessment and restitution payments as ordered by the Court and is required to notify the Court, through the Probation Office, of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth on the following page). The defendant shall also comply with the following additional conditions:

The defendant shall not incur any new debt or credit without permission of the Probation Officer.

The defendant shall provide full financial disclosure to the U.S. Probation Officer, including detailed documentation of all income and expenses.

The defendant shall cooperate with the Internal Revenue Service and file tax returns timely and lawfully, and pay any back taxes, penalties and interest as determined by the Internal Revenue Service. He shall provide copies of the last five years of tax returns to the U.S. Probation Officer, and all future returns he files. He shall sign release forms as necessary to allow the U.S. Probation Officer to verify filing with the IRS.

Any employment, volunteer activity or involvement with businesses or corporations shall be subject to the prior approval of the U.S. Probation Officer.

The defendant shall submit his person, residence, storage facility, computer, office or vehicle to a search, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that

the premises may be subject to searches pursuant to this condition.

The defendant shall not misrepresent his identity. He shall not possess any identification card with an incorrect name, date of birth, address, or Social Security number.

The defendant shall receive mail at only one address, and shall provide that address to the U.S. Probation Officer.

The defendant shall not list any address other than his physical address on any document, unless he has an approved mailing address from the U.S. Probation Officer, and shall not list a mailing address as a physical address or a residential address.

The defendant shall provide on a monthly basis detailed statements of any credit cards, checking accounts, lines of credit, or any other financial accounts he owns, controls or to which he has joint access.

The defendant shall not travel outside the District of Colorado unless given advance approval by the U.S. Probation Office, and shall provide a detailed, verifiable itinerary of any proposed travel. He shall not travel until the itinerary has been verified and approved by the U.S. Probation Officer.

The defendant shall not operate an aircraft without the approval of the U.S. Probation Officer.

The defendant shall not use or possess marijuana, and shall not obtain a medical marijuana prescription. The defendant shall not use money grams, Western Union wire transfers, pre-loaded credit cards, or any other financial devices without permission of the U.S. Probation Officer.

The defendant shall participate in and successfully complete a substance abuse evaluation in a program approved by the U.S. Probation Officer, and if treatment is recommended, shall abide by the rules, requirements and conditions of the treatment program. The defendant shall not discontinue treatment without the permission of the probation officer.

The defendant shall submit to drug and alcohol testing as directed by the Probation Officer and shall comply with specific copays imposed pursuant to district policy for failing to comply with drug testing.

The defendant shall refrain from any use of alcohol which results in a blood-alcohol concentration of .08% or higher, and shall not use other intoxicants including over the counter medications used contrary to the recommended dosage, nor shall he ingest any other substance, prescribed or otherwise, without the permission of the U.S. Probation Officer.

The defendant shall repay the Department of Defense for education expenses associated with his training at the Air Force Academy, at a rate of at least 10% of his gross monthly income once his fine and special assessment are paid.

# STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the Court or United States Probation Officer;

2. The defendant shall report to the United States Probation Officer in a manner and frequency directed by the Court or United States Probation Officer;

3. The defendant shall answer truthfully all inquiries by the United States Probation Officer and follow the instructions of the United States Probation Officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the United States Probation Officer for schooling, training or other acceptable reasons;

6. The defendant shall notify the United States Probation Officer at least 10 days prior to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the United States Probation Officer;

10. The defendant shall permit a United States Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the United States Probation Officer;

11. The defendant shall notify the United States Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;

13. As directed by the United States Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the United States Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Count | Assessment | Community Restitution | Fine |
|---|---|---|---|
| 1 | $100.00 | | $1,000.00 |
| Notes: | | | |
| **Totals:** | $100.00 | | $1,000.00 |

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine and/or restitution, which is due immediately, is inclusive of all penalties and interest, if applicable.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) community restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due in full immediately.

The defendant shall pay all financial obligations immediately. Any amount not paid immediately shall be paid commencing 60 days from today, in monthly payments of not less than $25, or 10% of the defendant's gross monthly income, whichever is greater. All monetary payments shall be satisfied not less than 60 days prior to the expiration of the term of supervised probation.

Payments for monetary obligations shall be made payable by check or money order to the Clerk, U.S. District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, WY 82001, and shall reference the defendant's case number, 16-CR-19-J-1.

---

## MONETARY OBLIGATIONS / FORFEIT PROPERTY

The Defendant shall forfeit the following property:
   Aircraft bearing tail number N6214V in accordance with this Court's order CM/ECF document number 86.

---