IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 16-CR-19-ABJ |
| GILBERT WAYNE WILES, JR., | ) |
| Defendants. | ) |

**ORDER DISMISSING PETITION AND QUASHING WARRANT**

The Court has transferred jurisdiction of supervised release to the District of Colorado. (Doc. 150.) Therefore, the Petition for Warrant or Summons for Offender Under Supervision filed in the District of Wyoming on April 14, 2017 (Doc. 148) shall be, and is, **DISMISSED. It is further**

**ORDERED** that the warrant issued pursuant to the Court's order directing issuance of a warrant (Doc. 148) shall be, and is, **QUASHED.** Jurisdiction for all matters related to the above captioned defendant's supervision on release has been transferred to the United States Court for the District of Colorado.

**It is so ordered.**

Dated this 19th day of April 2017.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE